Leroy CLARK, Appellant

v.

## PENNSYLVANIA BOARD OF PROBATION & PAROLE, Appellee.

Supreme Court of Pennsylvania.

March 8, 2007.

### *ORDER*

PER CURIAM.

**AND NOW,** this 8th day of March, 2007, the above captioned appeal is quashed for failure to file a brief.